In re HACK. (Supreme Court, Appellate Division, First Department. July 7, 1903.) In the matter of Andrew Hack, deceased. · No opinion. Order affirmed, with $10 costs and disbursements.

HAIGHT v. STOCK GRAIN & PROVISION CO. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by William C. Haight against the Stock Grain & Provision Company. No opinion. Motion denied, on payment of $10 costs.

HALL, Respondent, v. BALLARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by J. Emerson Hall against Thomas T. Ballard. PER CURIAM. Judgment and order affirmed, with costs.
WILLIAMS, J., dissents.

HALL et al., Respondents, v. R. A. WHYTLAW SON & CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by William M. Hall and others against R. A. Whytlaw Son & Co. No opinion. Order affirmed, with $10 costs and disbursements.

HAMBERG v. COUNSELMAN. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Herman Hamberg against Charles Counselman. From an order denying a motion for leave to amend the answer, defendant appeals. Reversed. A. Benedict, for appellant. E. Norton, for respondent. PER CURIAM. The order should be reversed, without costs, and the motion granted, without costs, on condition that the defendant pay $15 costs after notice of trial and $10 costs of opposing this motion, and on the further condition that the plaintiff be allowed to serve an amended summons and complaint; the case to retain its place upon the calendar and proceed to trial without further notice, and without prejudice to the proceedings already had in the action.
VAN BRUNT, P. J., dissents.

HAMBERG, Respondent, v. COUNSELMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Herman Hamberg against Charles Counselman and another. A. Benedict, for appellants. E. Norton, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HANLON, Respondent, v. ELLIOTT, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by Angeline Hanlon against William B. Elliott. No opinion. Judgment and order unanimously affirmed, with costs.

HARBAUGH v. FIERO. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by David F. Harbaugh against Joshua M. Fiero. No opinion. Motion granted, with $10 costs.

HARRIS, Appellant, v. BRIN et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by Mary C. Harris against Brodic Brin and George Brown. No opinion. Judgment unanimously affirmed, with costs.

HART, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by Peter Hart against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court affirmed by consent, with costs.

HAWLEY v. ROCHESTER & S. RY. CO. (Supreme Court, Appellate Division, Fourth Department. September 29, 1903.) Action by Emma Hawley, as administratrix, etc., against the Rochester & Suburban Railway Company. PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered in favor of the defendant, with costs.
ADAMS, P. J., not voting.

HEALY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Thomas J. Healy against the Metropolitan Street Railway Company. E. D. O'Brien, for appellant. M. Esberg, for respondent. No opinion. Judgment and order affirmed, with costs.

HEARN, Respondent, v. NEW YORK BUILDING LOAN BANKING CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Mary A. Hearn against the New York Building Loan Banking Company. B. Trapnell, for appellant. W. A. Montague, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HEMSTREET, Respondent, v. GILBERT KNITTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1903.) Action by Walter Hemstreet, an infant, by guardian, against the Gilbert Knitting Company. No opinion. Judgment and order denying motion for new trial affirmed, with costs. McLENNAN and NASH, JJ., dissent. Order granting additional allowance of costs reversed, with $10 costs.

In re HENRY. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) In the matter of the application of William Byrd Henry for admission to the bar. No opinion. Application granted.

HERBERT, Respondent, v. MUSICAL COURIER CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Victor Herbert against the Musical Courier Company. J. E. Judge, for appellant. T. D. Adams, for respondent. PER CURIAM. Upon plaintiff stipulating to reduce the judgment as entered to the sum of